JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Dewey Morris and Meihua Zhang,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services; Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:22-cv-00426-APG-DJA<br><br>**Stipulation to Extend the United States' Deadline to Answer** |

Plaintiffs Marvin Dewey Morris and Meihua Zhang and the United States of America, on behalf of Federal Defendants Merrick Garland, Alejandro Mayorkas, Ur M. Jaddou, and Clyde Moore, through counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on March 8, 2022.

2. Plaintiffs served the United States with a copy of the Summons and Complaint on June 9, 2022.

3. The current deadline for Federal Defendants to answer or otherwise respond is August 8, 2022.

4. The parties have agreed that the United States shall have 60 additional days to file an answer or other responsive pleading on behalf of Federal Defendants.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by October 7, 2022.

Respectfully submitted this 3rd day of August 2022.

JASON M. FRIERSON
United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiffs*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 5, 2022