JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Dewey Morris and Meihua Zhang,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services; Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:22-cv-00426-APG-DJA<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br><br>**(Third Request)** |

Plaintiffs Marvin Dewey Morris and Meihua Zhang and the United States of America, on behalf of Federal Defendants Merrick Garland, Alejandro Mayorkas, Ur M. Jaddou, and Clyde Moore, through counsel, hereby stipulate and agree as follows:

1.      Plaintiffs filed their Complaint on March 8, 2022.

2.      Plaintiffs served the United States with a copy of the Summons and Complaint on June 9, 2022.

3.      The deadline for Federal Defendants to answer or otherwise respond was extended to October 7, 2022. *See* ECF Nos. 8–9.

4.      The parties again stipulated to extend the deadline for Federal Defendants to answer or otherwise plead by another 30 days (ECF No. 10). The Court granted the extension (ECF No. 11).

5.      Since the granting of the previous extensions, the parties have agreed that the United States shall have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants. Since the time the Court granted the last extension, the parties have continued to work at the administrative level to attempt to resolve some or all the issues involved in this litigation and/or alleviate the need for court intervention. Accordingly, the parties request that Federal Defendants' deadline to file a responsive pleading be extended an additional 30 days to allow the parties to continue to work towards resolution.

6.      This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to December 7, 2022.


Respectfully submitted this 7th day of November 2022.

JASON M. FRIERSON
United States Attorney


*/s/ Peter L. Ashman*                             */s/ Skyler H. Pearson*
PETER L. ASHMAN                          SKYLER H. PEARSON
617 S. 8th Street, Suite B                    Assistant United States Attorney
Las Vegas, Nevada 89101
pla@ashmanlaw.com                          *Attorneys for the United States*

*Attorney for Plaintiffs*




**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  ___11/8/2022_____

2