Peter L. Ashman, Esq. (NV #2285)
617 S. 8th Street, Suite B
Las Vegas, Nevada  89101
Tel:  (702) 735-1112
Fax:  (702) 382-7775
Email:  pla@ashmanlaw.com

Attorney for Plaintiffs,
Marvin Dewey MORRIS, Meihua ZHANG

# United States District Court
# for the District of Nevada

| | |
|---|---|
| Marvin Dewey MORRIS and Meihua ZHANG<br><br>   Plaintiffs,<br>v.<br><br>Merrick GARLAND, Attorney General of the United States of America; Alejandro MAYORKAS, Secretary of Department of Homeland Security;  Ur M. JADDOU, Director U.S. Citizenship and Immigration Services; Clyde MOORE, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services;<br><br>   Defendants. | Case No..: 2:22-CV-00426-DJA |

## STIPULATION AND ORDER TO DISMISS

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above entitled case shall be dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted this 9th day of January, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th St.  Suite B
Las Vegas, Nevada  89101

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 10, 2023